WILLIAM B. TERRY, ESQ.
Nevada Bar No. 001028
WILLIAM B. TERRY, CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
(702) 385-9788 (Fax)
Info@WilliamTerryLaw.com
Attorney for Defendant

**ORIGINAL**

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JUL 26 2013
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO.  2:13-cr-00187-GMN-CWH |
| vs. | ) |
| SAMUEL POWERS, | ) |
| Defendant. | ) |

### ORDER

THIS MATTER having come on for hearing before the Court on the oral motion of WILLIAM B. TERRY, ESQ., of the law offices of WILLIAM B. TERRY, CHARTERED and at the time said motion was heard Assistant United States Attorney, CHRISTINA BROWN, ESQ., was present as was WILLIAM B. TERRY, ESQ., and SAMUEL POWERS; the Court having considered the request by counsel for Mr. Powers:

IT IS HEREBY ORDERED that pursuant to Title 18 § 3552, a psychiatric or psychological examination shall be conducted upon the person of SAMUEL POWERS for purposes of determining the mental condition of the Defendant both at the current time and at the time of the offense; and

IT IS FURTHER HEREBY ORDERED that Defendant's Motion for Public Funds for the payment of said psychologist and/or psychiatrist is granted; and

IT IS FURTHER HEREBY ORDERED that said psychiatrist or psychologist shall prepare a report and provide said report to the Court, to the United States Attorney's office and to counsel for Mr. Powers regarding his current and prior mental condition; and

IT IS FURTHER HEREBY ORDERED that the Court has determined that this is necessary because the Court desires more information than is otherwise available to it as to a basis for determining the mental condition of the Defendant.

DATED this 26 day of July, 2013.

_____
HONORABLE GLORIA M. NAVARRO

Submitted by:

WILLIAM B. TERRY, CHARTERED

_____
WILLIAM B. TERRY, ESQ.
Nevada Bar No. 001028
WILLIAM B. TERRY, CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
Attorney for Defendant